IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Chandler, Juanita A

Printed: 10/29/08

Case Number: 05 B 20338
Judge: Squires, John H
Filed: 5/20/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 10, 2008
Confirmed: July 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 63,001.77 |  |
| Secured: |  | 55,287.80 |
| Unsecured: |  | 1,772.35 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 3,204.44 |
| Other Funds: |  | 37.18 |
| Totals: | 63,001.77 | 63,001.77 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Mortgage Electronic Registration Sys | Secured | 31,105.10 | 28,600.90 |
| 3. | Aster Remodeling | Secured | 3,299.70 | 3,299.70 |
| 4. | Mortgage Electronic Registration Sys | Secured | 12,225.37 | 11,066.17 |
| 5. | Nissan Motor Acceptance Corporation | Secured | 12,321.03 | 12,321.03 |
| 6. | Nissan Motor Acceptance Corporation | Unsecured | 28.10 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 47.00 | 0.00 |
| 8. | SLM ABCP | Unsecured | 454.14 | 128.03 |
| 9. | Sallie Mae | Unsecured | 3,565.03 | 1,005.01 |
| 10. | Peoples Energy Corp | Unsecured | 125.79 | 0.00 |
| 11. | Midwest Bank & Trust | Unsecured | 587.03 | 165.48 |
| 12. | Midwest Bank & Trust | Unsecured | 253.39 | 71.43 |
| 13. | Midwest Bank & Trust | Unsecured | 30.88 | 0.00 |
| 14. | Illinois Student Assistance Commission | Unsecured | 765.03 | 215.67 |
| 15. | ECast Settlement Corp | Unsecured | 17.39 | 0.00 |
| 16. | Lynn Hambach | Unsecured | 600.00 | 169.14 |
| 17. | Capital One | Unsecured | 62.40 | 17.59 |
| 18. | Lynn Hambach | Unsecured | 0.00 | 0.00 |
| 19. | Aster Remodeling | Secured |  | No Claim Filed |
| 20. | Check N Go | Unsecured |  | No Claim Filed |
| 21. | Track Auto | Unsecured |  | No Claim Filed |
| 22. | Doubleday Book Club | Unsecured |  | No Claim Filed |
| 23. | State Farm Insurance Co | Unsecured |  | No Claim Filed |
| 24. | West Suburban Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 68,187.38 | $ 59,760.15 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Chandler, Juanita A

Printed: 10/29/08

Case Number:  05 B 20338
Judge:  Squires, John H
Filed:  5/20/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 172.41 |
| 5.5% | 1,119.80 |
| 5% | 290.86 |
| 4.8% | 604.99 |
| 5.4% | 893.18 |
| 6.5% | 123.20 |
| | $ 3,204.44 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

